UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Harry Lee REDDS, Jr.  )<br>  )<br>Defendant.  )<br>  )<br>  )<br>_____ ) | Magistrate Case No. **08 MJ 1195**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(iii)<br>Bringing in Illegal Aliens<br>Without Presentation |

FILED
08 APR 18 AM 11:41

The undersigned complainant being duly sworn states:

On or about **April 17, 2008**, within the Southern District of California, defendant **Harry Lee REDDS, Jr. (Defendant)**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Maria Claudia ESTEVES-Carranza**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **APRIL, 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

M IP

## PROBABLE CAUSE STATEMENT

The complaint states that **Maria Claudia ESTEVES-Carranza** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impracticable to secure her attendance at the trial by subpoena and that she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On April 17, 2008 at approximately 1:33 A.M., **Harry Lee REDDS, Jr. (Defendant)** made application for admission into the United States from Mexico through the San Ysidro Port of Entry as the driver of a 1972 Volkswagen Beetle. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant declared United States citizenship and presented a California driver license bearing his true name and photo. Defendant gave a negative customs declaration, stated he was going to work, and told the officer the vehicle belonged to his grandmother. The CBP Officer noticed the Defendant was nervous and had a hard time driving and that he had received a computer generated referral. Defendant and the vehicle were escorted to secondary for further inspection.

In secondary, one female was discovered concealed in a non-factory compartment located between the rear seat back rest and engine compartment of the vehicle. The female was extracted by removing the rear seat and pulling a cord which was hidden behind the right side of the rear seat back rest. The female was determined to be a citizen of Mexico without entitlements to enter or reside in the United States and is now identified as **Maria Claudia ESTEVES-Carranza (Material Witness).**

During a video-taped interview, Material Witness admitted she is a citizen of Mexico without legal documents to enter the United States. Material Witness admitted her sister-in-law in Oregon, made arrangements and was to pay $4,000.00 USD for her to be smuggled into the United States. Material Witness stated she was going to Oregon to visit family. Material Witness stated she was concealed in the compartment for approximately thirty minutes prior to being removed.