AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

UNITED STATES OF AMERICA,
        Plantiff,
   V.

HARRY LEE REDDS, JR.,
        Defendant.

**APPEARANCE**

Case Number: 08MJ1195

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

HARRY LEE REDDS, JR.

I certify that I am admitted to practice in this court. PRO HAC VICE.

| | |
|---|---|
| 4/24/2008 | /s/ LINDA LOPEZ |
| Date | Signature |
| | Linda Lopez/ Federal Defenders of SD    177301 |
| | Print Name                    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City     State     Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number     Fax Number |

## CERTIFICATE OF SERVICE

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: April 24, 2008                                                                      */s/ Linda Lopez*
                                                                                             LINDA LOPEZ
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Linda_Lopez@fd.org