UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff           )<br>                         )<br>    vs.                  )<br>                         )<br>Harry Lee Redds, Jr.     )<br>    Defendant(s)         )<br>                         ) | CRIMINAL NO. 08mj1195-BLM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

LOUISA S. PORTER

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Claudia Esteves-Carranza

DATED: 5/9/2008

RECEIVED _____
                 DUSM

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
2008 MAY -9 P 2:54

LOUISA S. PORTER
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by
                  Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082